UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TOM I. LINCIR,<br><br>   Defendant. | No. 2:19-cv-09709-CAS(KSx)<br><br>JUDGMENT |

   Pursuant to the Court's Order granting the United States of America's Motion for Summary Judgment filed on April 24, 2021,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

   Judgment is entered in favor of plaintiff United States of America and against defendant Tom I. Lincir in the amount of $12,557,294.20, as of December 19, 2019, plus interest and penalties accruing thereafter as provided by law.

   **IT IS SO ORDERED.**

Dated: June 3, 2021

*Christine A. Snyder*

Honorable Christina A. Snyder
United States District Judge

1